Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. 2:14-cv-02668-MCE-KJN |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ARMANDO ANGULO AND MARTHA BARBARA ANGULO, INDIVIDUALLY AND D/B/A LOS ALTOS JALISCO; AND LOS ALTOS JALISCO, INC., AN UNKNOWN BUSINESS ENTITY D/B/A LOS ALTOS JALISCO; ORDER THEREON |
| vs. | |
| Armando Angulo, et al., | |
| Defendants. | |

   **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants ARMANDO ANGULO AND MARTHA BARBARA ANGULO, INDIVIDUALLY AND D/B/A LOS ALTOS JALISCO; AND LOS ALTOS JALISCO, INC., AN UNKNOWN BUSINESS ENTITY D/B/A LOS ALTOS JALISCO, that the above-entitled defendant is hereby dismissed **without prejudice** and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

   **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 5, 2015, the dismissal shall be deemed to be **with prejudice**.

//

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 28, 2015

s/Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: November 3, 2015

s/Edward Smith
**THE BANKRUPTCY GROUP**
By: Edward Smith
Attorneys for Defendants
ARMANDO ANGULO AND MARTHA BARBARA ANGULO, INDIVIDUALLY AND D/B/A LOS ALTOS JALISCO; AND LOS ALTOS JALISCO, INC., AN UNKNOWN BUSINESS ENTITY D/B/A LOS ALTOS JALISCO

### ORDER

In accordance with the parties' stipulation, and good cause appearing, the above referenced matter is dismissed without prejudice, each side to bear its own costs and attorneys' fees. The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 16, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT